IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           CASE NO. 1:08-cv-00076-MP-AK

1974 CESSNA 421B AIRPLANE,

    Defendant.

_____/

## **DECREE OF FORFEITURE**

        This matter is before the Court on Doc. 8, Motion for Forfeiture of Property, filed by the United States of America. On April 24, 2008, a Verified Complaint of Forfeiture In Rem against the defendant property, 1974 Cessna 421-B Airplane, SN: 421B0631, Registration: N38DP, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. §881 (a)(6).

        It appears that process was fully issued in this action according to law:

        That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning September 26, 2008, pursuant to Rule G (4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

        That the government provided notice of this forfeiture action to the known interested parties: AERO Leaser Inc., World Jet Enterprises, J & B Aero, LTD, and Doreen Sager. That no person or entity has filed a claim.

That John Roger Sager stipulated to the forfeiture of his interest in the defendant property on August 4, 2010.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property, 1974 Cessna 421-B Airplane SN: 421B0631, Registration: N38DP, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this  *10th*  day of August, 2010

> *s/Maurice M. Paul*
> Maurice M. Paul, Senior District Judge